**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Lennie Roy Bailey,<br><br>                Defendant. | No. CR-13-08174-PCT-DGC<br><br>**ORDER** |

On March 2, 2017, Defendant appeared before this Court on a petition for revocation of supervised release. A detention and preliminary revocation hearing were held. The Court considered the information provided to the Court, the testimony of Probation Officer Wrons, and the arguments of counsel in determining whether Defendant should be released on conditions set by the Court and whether probable cause exists to believe the allegations set forth in the Petition were committed and that the defendant committed the allegations.

The Court finds that Defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

///

It is further found that probable cause exists that the allegations contained in the Petition filed January 13, 2017 were committed and that the defendant committed the allegations.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

IT IS FURTHER ORDERED setting an Admit/Deny Hearing for **Tuesday, March 28, 2017 at 10:30 a.m.** before Magistrate Judge Eileen S. Willett in Courtroom 606 at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 2nd day of March, 2017.

Honorable Eileen S. Willett
United States Magistrate Judge